```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 22673
   MAX PAILLER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6095


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/08/2005 and was confirmed 07/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.54% from remaining funds.

     The case was paid in full 07/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
THE MONEY STORE AUTO FIN  CURRENT MORTG        .00             .00            .00
AMERICAN EXPRESS TRAVEL   UNSECURED         3267.75            .00         409.78
NCO FINANCIAL SYSTEMS     NOTICE ONLY      NOT FILED           .00            .00
ASTA FUNDING ACQUISITION  UNSECURED OTH     3065.47            .00         384.41
ECHELON RECOVERY INC      NOTICE ONLY      NOT FILED           .00            .00
BANK ONE                  UNSECURED        NOT FILED           .00            .00
CREDITOR INTERCHANGE      NOTICE ONLY      NOT FILED           .00            .00
CAPITAL ONE               UNSECURED         3596.87            .00         451.05
CAPTAL ONE                NOTICE ONLY      NOT FILED           .00            .00
UNIFUND CCR PARTNERS      UNSECURED         7061.87            .00         885.56
BANK NNBE                 NOTICE ONLY      NOT FILED           .00            .00
DISCOVER                  UNSECURED        NOT FILED           .00            .00
ACADEMY COLLECTION SERVI  NOTICE ONLY      NOT FILED           .00            .00
PALISADE COLLECTION       UNSECURED        NOT FILED           .00            .00
PALISADES COLLECTION LLC  NOTICE ONLY      NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,105.20                     2,105.20
TOM VAUGHN                TRUSTEE                                          264.00
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   4,500.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                         2,130.80
ADMINISTRATIVE                                    2,105.20
TRUSTEE COMPENSATION                                264.00
DEBTOR REFUND                                         .00
                          ---------------       ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 22673 MAX PAILLER
```

TOTALS                                      4,500.00              4,500.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08                      /s/ Tom Vaughn
                                              _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE